IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 23-cr-00253-RM-07

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMIAH RAMOS,

    Defendant.
_____

MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    THIS MATTER is before the Court on Defendant's **Status Report and Request for Status Conference** [#72].

    IT IS HEREBY **ORDERED** that the Request for Status Conference [#72] is **GRANTED**. A Status Conference to address Defendant's recommended substance abuse treatment as a condition of his bond is set for **June 29, 2023**, at **2:00 p.m.**

    Dated: June 22, 2023